Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
KAZEROUNI LAW GROUP, APC
6940 S. Cimarron Rd., Suite 210
Las Vegas Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff*
*Kyleene Velez*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KYLEENE VELEZ, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

BIG RIVER VENTURES LLC d/b/a HEALTHVAPE,

Defendants.

Case No.: 2:26-cv-01684-JAD-NJK

**FIRST STIPULATED MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

(FIRST REQUEST)

Judge Jennifer A. Dorsey
Magistrate Judge Nancy J. Koppe

///

///

///

This is the *first* Stipulated Motion for Extension of Time requested for Defendant BIG RIVER VENTURES LLC d/b/a HEALTHVAPE ("Defendant") to respond to Plaintiff KYLEENE VELEZ's ("Plaintiff") Complaint. Defendant just engaged TCPA counsel on September 24, 2026, and is still in the process of identifying local co-counsel in Nevada. Also, the parties intend to discuss the possibility of an early, pre-Answer resolution now. Any prior delay in responding to the Complaint was the result of excusable neglect by Defendant, while Defendant was still unrepresented. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), and LR IA 6-1, Plaintiff respectfully move the Court to extend the Defendant's time to answer or file a motion in response to the Complaint up to and including October 24, 2026.

Dated: October 1, 2026.

KAZEROUNI LAW GROUP, APC

*/s/ Gustavo Ponce*
GUSTAVO PONCE, ESQ.
MONA AMINI, ESQ.
6940 S. CIMARRON RD., SUITE 210
LAS VEGAS NEVADA 89113
Attorneys for Plaintiff

Stipulated as to content and relief sought:

Dated: October 1, 2026.

BIG RIVER VENTURES, LLC

/s/ *Eric Allen*
Eric Allen, for Defendant

IT IS SO ORDERED.
Dated: October 1, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge